UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   LAURANCE K CROWDER )
)
) CASE NO. 12-00778-MAM-13
      Debtor(s). )

## MOTION TO REDACT

Now Comes the Movant, CAPITAL ONE, N.A. p/k/a HSBC BANK, a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C. and for its Motion to Redact a proof of claim filed by the Movant, states as follows:

1. On or about JULY 13, 2012, the Creditor filed a proof of claim designated as ECF Proof of Claim No. 4.

2. Through inadvertance, personal information of the Debtor was not redacted from the proof of claim and/or its attachments.

3. The Movant requests that the Court restrict electronic access to ECF Proof of Claim No. 4 to the Court Personnel and/or redact personal information contained therein.

WHEREFORE, Movant moves for an Order restricting access to ECF Claim No. 4, along with such further and other relief which the Court may deem proper.

                              CAPITAL ONE, N.A. p/k/a HSBC BANK

                              By: /s/Leonard N. Math
                              Attorney for the Movant

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and\or by depositing a copy thereof in the United States mail postage prepaid on July 31, 2012.

John C. McAleer, III
Chapter 13 Trustee
P.O. Box 1884
Mobile AL 36633

Stephen L. Klimjack
Attorney At Law
1306 GOVERNMENT STREET
Mobile AL 36604

                                             /s/ Leonard N. Math
                                             Chambless Math ❖ Carr, P.C.